# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE NASHVILLE DIVISION

| | |
|---|---|
| TERESA DAWN ARMSTRONG, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO.: _____ |
| ) | JUDGE _____ |
| TARGET CORPORATION, ) | JURY DEMAND |
| ) | |
| Defendant. ) | |

## NOTICE OF REMOVAL OF CIVIL ACTION

Pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, Defendant Target Corporation ("Target") files this Notice of Removal of Civil Action on the grounds of diversity of citizenship of the parties. In support of this Notice, Defendant would show the Court as follows:

1. On August 18, 2020, Plaintiff Teresa Dawn Armstrong commenced an action against Defendant Target Corporation in the Circuit Court of Rutherford County, Tennessee, in the case styled *Teresa Dawn Armstrong v. Target Corporation,* Docket Number 77609. Pursuant to 28 U.S.C. § 1446(a), copies of all process, pleadings, and orders served upon Defendant Target in this matter are attached hereto as Collective **Exhibit 1.**

2. Collective **Exhibit 1** attached hereto includes the only documents filed in this case. No further proceedings have been filed in the action pending in the Circuit Court of Rutherford County, Tennessee.

3. Defendant Target was served with the Summons and Complaint on August 24, 2020. *See* **Exhibit 1.** *See* **id.**

4. The Plaintiff seeks damages for personal injuries which Plaintiff alleges was caused by the negligence of the Defendant. The ad damnum set forth in the Plaintiff's Complaint seeks an amount "which is fair and reasonable, in dollars of the United States as compensation for personal injuries suffered by Plaintiff". Counsel for the parties have discussed the claimed damages of the Plaintiff. Counsel for the Plaintiff has asserted the Plaintiff has incurred medical expenses/damages in excess of $77,000.00 as result of the injuries received in the incident, which is the subject of this lawsuit.

5. Under 28 U.S.C. § 1441(a), actions over which the district courts of the United States have original jurisdiction are proper for removal. This Court has original jurisdiction over this case under 28 U.S.C. § 1332(a)(1). This action is removable to this Court because this is a civil action, the Plaintiff and the Defendants are citizens of different states within the meaning of 28 U.S.C. § 1332, and the amount in controversy exceeds Seventy-Five Thousand Dollars and 00/100 ($75,000.00), exclusive of interest and costs. The Plaintiff is a citizen resident of Tennessee. The Defendant, Target Corporation, is a Minnesota Corporation with its principal offices located in Minnesota.

6. Based upon the foregoing, this Court has original jurisdiction over the above entitled action pursuant to 28 U.S.C. § 1332. Because the Plaintiff and the Defendant are citizens of different states and the amount in controversy exceeds $75,000.00, exclusive of interest and costs, removal of this action is proper pursuant to 28 U.S.C. § 1441(a) under the procedures set forth in 28 U.S.C. § 1446.

7. This Notice of Removal is filed with the Clerk of the United States District Court for the Middle District of Tennessee, Nashville Division, within thirty (30) days, as computed by Fed. R. Civ. P. 6(a), of service of process upon Defendant, Target Corporation.

8. A copy of this Notice of Removal and Collective **Exhibit 1** attached hereto has been filed with the Circuit Court Clerk for the Circuit Court of Rutherford County, Tennessee. Further, a notice of this filing along with a copy of this Notice of Removal and Collective **Exhibit 1** has been served on the Plaintiff by and through their counsel.

WHEREFORE, based upon the foregoing, Defendant, Target Corporation, hereby serves notice that the above-captioned action pending against Defendant in the Circuit Court of Rutherford County, Tennessee has been removed therefrom to this Court.

Respectfully submitted,

**THOMAS TUCKER LAW**

By: s/Thomas W. Tucker III
THOMAS W. TUCKER III, #22319
Attorney for Target Corporation
1345 Tilton Drive
Franklin, Tennessee 37067
615/244-4693
tomtucker@bellsouth.net

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the foregoing has been electronically forwarded to Mr. Stanley A. Davis, 5214 Maryland Way, Suite 309, Brentwood, Tennessee 37027, on this 16th day of September, 2020.

s/Thomas W. Tucker III
THOMAS W. TUCKER III