IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| TERESA DAWN ARMSTRONG, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 3:20-cv-00801 |
| ) | Judge Trauger |
| TARGET CORPORATION, ) | |
| ) | |
| Defendant. ) | |

## O R D E R

The initial case management conference was held on November 16, 2020. The plaintiff is still treating, and the parties preferred to set necessary deadlines in a subsequent conference. It is therefore ORDERED that the stay of discovery is hereby LIFTED, and the parties shall make their initial disclosures by December 31, 2020. It is further ORDERED that this case is reset for a case management conference on Monday, February 22, 2021 at 1:00 p.m. Three days in advance of that conference, the parties shall file another proposed case management order, setting necessary deadlines.

It is so **ORDERED**.

_____
ALETA A. TRAUGER
U.S. District Judge